**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2021

DIRECT DIAL   212.763.0889
DIRECT EMAIL  shecker@kaplanhecker.com



July 20, 2021

**BY ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

　　　　　　　　　　Re:　　*USA v. Stefan He Qin*, No. 21-cr-00075 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

　　　I write on behalf of Stefan He Qin, defendant in the above-captioned matter, to respectfully request a 30-day adjournment of Mr. Qin's sentencing, which is currently scheduled to take place on August 19, 2021 at 11:00 a.m. This is Mr. Qin's second request to adjourn his sentencing. The government does not object to this request.

　　　Mr. Qin has been evaluated by a psychiatrist who intends to submit a report in connection with Mr. Qin's pre-sentencing submission. Because of a medical emergency, Mr. Qin's psychiatrist has been delayed in completing his report. In addition, Mr. Qin is continuing to assist the Receiver appointed by the Court in the action brought by Securities and Exchange Commission in its efforts to recover investor funds. *See SEC v. Stefan Qin et al.*, No. 20-cv-10849 (LGS) (S.D.N.Y.). Accordingly, I respectfully request that the Court adjourn the August 19, 2021 sentencing to a date on or about 30 days later. I have conferred with counsel for the government, and one or both of us are unavailable on the following dates: September 7, 15, 16, 21, 22 and 23.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Sean Hecker*

　　　　　　　　　　　　　　　　　　　　　　　　　　Sean Hecker

cc:　　Assistant U.S. Attorney Daniel Tracer

Application GRANTED.

Mr. Qin's sentencing is adjourned to **Wednesday, September 15, 2021 at 2:00 P.M.**  The parties pre-sentencing submissions are due no later than **Wednesday, September 1, 2021**.

SO ORDERED.

Date: July 20, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE