

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 10, 2021

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshal U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Stefan He Qin, 21 Cr. 75 (VEC)*

Dear Judge Caproni:

  The Government respectfully submits this letter in advance of sentencing to provide the Court with three additional victim impact statements that have been received.

  The submissions attached hereto have been redacted to remove personal and financial information about the victims. Pursuant to Rule 3 of the Court's Individual Practices in Criminal Cases, the Government requests permission to file the unredacted version of the victim statements under seal in order to protect their personal and financial information.

           Respectfully submitted,

           AUDREY STRAUSS
           United States Attorney

         By: /s/
           Daniel Tracer
           Assistant United States Attorney
           (212) 637-2329

cc: Counsel of record (ECF)