

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/10/2021

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

September 10, 2021

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshal U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Stefan He Qin, 21 Cr. 75 (VEC)*

Dear Judge Caproni:

    The Government respectfully submits this letter in advance of sentencing to provide the Court with three additional victim impact statements that have been received.

    The submissions attached hereto have been redacted to remove personal and financial information about the victims. Pursuant to Rule 3 of the Court's Individual Practices in Criminal Cases, the Government requests permission to file the unredacted version of the victim statements under seal in order to protect their personal and financial information.

                                             Respectfully submitted,

                                             AUDREY STRAUSS
                                             United States Attorney

                                     By:  /s/_____
                                            Daniel Tracer
                                            Assistant United States Attorney
                                            (212) 637-2329

cc:  Counsel of record (ECF)

---

The Government's application to file the additional victim statements in redacted form is GRANTED. The Government must email Chambers a copy of the unredacted letters.

SO ORDERED.

*[signature]*

Date: September 10, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE