

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 13, 2021

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshal U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Stefan He Qin, 21 Cr. 75 (VEC)*

Dear Judge Caproni:

    In advance of sentencing, the Government respectfully submits the attached letter from the Court-appointed receiver in the parallel civil enforcement action *SEC v. Qin*, 20 Civ. 10849 (LGS), received earlier today, outlining Qin's cooperative efforts in connection with that matter.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By:  /s/_____
    Daniel Tracer
    Assistant United States Attorney
    (212) 637-2329

cc: Counsel of record (ECF)