# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2021

DIRECT DIAL    212.763.0889
DIRECT EMAIL   shecker@kaplanhecker.com



December 10, 2021

**BY ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *USA v. Stefan He Qin.*, No. 21-cr-00075 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

    I write on behalf of Stefan He Qin, the defendant in the above-captioned matter.

    On September 15, 2021, the Court ordered Mr. Qin to surrender to a designated facility, or if no facility is designated, to the U.S. Marshal Service at 12:00 pm on December 15, 2021.  (*See* Doc. No. 35.)  The Bureau of Prisons has not yet designated Mr. Qin to surrender to a specific facility.  Accordingly, we respectfully request an adjournment of Mr. Qin's surrender date until he is designated to surrender to a specific facility.  The government takes no position on this request.

                                                 Respectfully submitted,

                                                 Sean Hecker

cc:    Assistant U.S. Attorney Daniel Tracer (via ECF)

Application DENIED.

Mr. Qin has been designated to FCI Fort Dix. He must surrender to that facility by 12:00 P.M. on December 15, 2021.

SO ORDERED.

Date: December 13, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE